■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD KICHINSKI, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on April 29, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings,

pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Bloom and Alexander, JJ.